IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00913-RBJ

NICHOLAS ORTEGA,

      Plaintiff,

v.

JOHN KERRY, United States Secretary of State,
JEH JOHNSON, Secretary, United States Department of Homeland Security,
LORI SCIALABBA, Acting Director, United States Citizenship & Immigration,
ANDREW LAMBRECHT, Field Officer Director, United States Citizenship &
Immigration Services,

      Defendants.

---

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **three day bench trial** on the docket of Judge R.

Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street,

Denver, Colorado, to commence on **August 4, 2014 at 9:00 a.m.**

A Case Status Conference is set for **July 23, 2014 at 9:00 a.m.**

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 16th day of June, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge